ACCEPTED
15-25-00149-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/6/2025 11:47 AM
CHRISTOPHER A. PRINE
CLERK

CASE NO. **15-25-00149-CV**

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/6/2025 11:47:21 AM
CHRISTOPHER A. PRINE
Clerk

FOR THE  FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

**UNIQUE GREEN**

*Appellant,*

v.

**TEXAS FUNERAL SERVICES COMMISSION**

*Appellee.*

### APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME

Appellee Texas Funeral Services Commission, files this  motion requesting an extension of its deadline to file its appellee brief.

This appellate matter concerns an appeal from a final order granting a plea to the jurisdiction. Appellee's current deadline for filing its brief was October 23, 2025.  The Court's docket indicates that the Notice was emailed, however, Appellee did not receive it and was unaware until an inquiry of the Court's electronic docket on November 4, 2025 revealed the case had been successfully transferred to the 15th Court of Appeals and that the deadlines had been set.  E-Service of court filings for Movant in this case were directed to an incorrect email address which appeared on the Notice of Appeal.  Appellee requests a 30-day extension of time to file its brief, thus moving the deadline to November 23, 2025. This is Appellee's first request for an extension of time, and it is not sought for the purpose of delay.

1

Appellant opposes this motion.

**Prayer**

For the above reasons, Appellee prays that the Court afford it until November 23, 2025 to file its brief.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

*Counsel for Appellee,*
*Texas Funeral Services Commission*

2

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Appellant on November 5, 2025 via email in which she indicated that she opposed the motion.

/s/ Sherlyn Harper
Sherlyn Harper

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, a true and correct copy of this document was served upon the following persons via electronic filing service.

Unique Green
Greenmica1980@aol.com
*Appellant*

/s/ Sherlyn Harper
Sherlyn Harper

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 107744344
Filing Code Description: Motion
Filing Description: 2025 1106 TFSC mtn to extend brief
Status as of 11/6/2025 12:28 PM CST

Associated Case Party: TEXAS FUNERAL SERVICE COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 11/6/2025 11:47:21 AM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/6/2025 11:47:21 AM | SENT |

Associated Case Party: UniqueMGreen

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Unique Green | | greenmica1980@aol.com | 11/6/2025 11:47:21 AM | SENT |